# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX TAHMAS,** </br>       **Plaintiff,** </br>    v. </br> **COMISSIONER OF SOCIAL SECURITY,** </br>       **Defendant.** | NO. EDCV 14-1837 (KLS) </br></br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the Joint Stipulation For The Award And Payment Of Attorney Fees Pursuant To EAJA 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on September 3, 2015, IT IS ORDERED that fees in the amount of $5,300.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: September 11, 2015

                                         KAREN L. STEVENSON </br>
                                 UNITED STATES MAGISTRATE JUDGE